UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JAMES ALBERT WEBER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-10-3112-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 31st day of January, 2012.

                      JAMES R. LARSEN
                      District Court Executive/Clerk


                      by:  s/Pamela A. Howard
                            Deputy Clerk

cc: all counsel